**MANDATE**

BKNY/EDNY
01-CV-3016
Gleeson

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
----------------------------------------X

BERNIE HUGGINS, Tarvasha Huggins
as administrator of the estate of
Bernie Huggins,

       Plaintiff-Appellant,

  - against -

GEORGE PATAKI, as Governor of the
State of New York, the State of
New York, HSBC BANK USA, SPRING
CREEK ASSOCIATES, L.P.,

       Defendants-Appellees

----------------------------------------X

**STIPULATION FOR VOLUNTARY DISMISSAL**

02-7950

FILED AUG 1 8 2003
UNITED STATES COURT OF APPEALS
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

Pursuant to Rule 42 of the Federal Rules of Appellate Procedure, the Plaintiff/Appellant and Defendant/Appellee stipulate that the above appeal will be voluntarily dismissed with prejudice. The parties agree to bear their own costs and fees.

_____
JOHN C. GRAY JR.
**JOHNSON M. TYLER (5429)**
**OF COUNSEL**
ATTORNEY FOR PLAINTIFF/APPELLANT
SOUTH BROOKLYN LEGAL SERVICES

_____
**PAUL STECKER,**
ATTORNEY FOR
DEFENDANT/APPELLEE
HSBC BANK

So Ordered
FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel

Page 1 of 2

CERTIFIED: AUG 1 8 2003

105 Court Street
Brooklyn, New York 11201
(718) 237-5548 or 5500

Phillips, Lytle,
Hitchcock, Blaine & Huber
3400 HSBC Center,
Buffalo, NY 14203-2887

Dated: 7/29/03

Dated: 7/30/03

SO ORDERED

_____
United States Court of Appeals
for the Second Circuit

Dated:

A TRUE COPY
Roseann B. MacKechnie, CLERK
by /s/ Angela Martin
DEPUTY CLERK